**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ROBERT WAYNE LEVIS,**
        Plaintiff,

vs.                                                     Case No. 3:08cv28/RV/MD

**ANDY PEACOCK, et al.,**
        Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on December 12, 2007 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). Because plaintiff's application to proceed *in forma pauperis* was deficient,[1] this court entered an order on January 24, 2008 directing plaintiff to either correct the deficiency in his application or pay the $350.00 filing fee, within thirty days (doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action.

Plaintiff did not respond to the order. Accordingly, on March 7, 2008 this court issued an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with an order of the court. Over twenty days has elapsed and plaintiff has not responded.

---

[1] Plaintiff failed to include a copy of his trust fund account statement reflecting transactions in his inmate account for the six-month period preceding the filing of his complaint.

*Page 2 of 2*

**Accordingly, it is respectfully RECOMMENDED:**

**1.  That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.**

**2.  That the clerk be directed to close the file.**

**At Pensacola, Florida, this 7th day of April, 2008.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**